IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHESAPEAKE BAY FOUNDATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ENVIRONMENTAL PROTECTION AGENCY, *et al.* <br><br> Defendants. | 1:20-cv-2529 (CJN) |
| STATE OF MARYLAND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ANDREW R. WHEELER, *et al.* <br><br> Defendants. | 1:20-cv-2530 (CJN) |

## **PARTIES' JOINT STATUS REPORT AND REQUEST TO EXTEND DEADLINES**

Plaintiffs Chesapeake Bay Foundation, Inc., et al. in Case No. 1:20-cv-02529-CJN and Maryland, et. al in Case No. 1:20-cv-2530-CJN, jointly with Defendants Michael Regan, in his official capacity as Administrator of the U.S. Environmental Protection Agency ("EPA"), and the EPA (together the "Parties"), by and through undersigned counsel, submit a joint status report and recommendation pursuant to the Court's Minute Order dated July 12, 2022.

The Parties state the following:

1. On July 6, 2022, the Parties Jointly filed a Motion to Extend Deadlines due to ongoing settlement discussions. ECF No. 42. In accordance with the Court's Civil Standing Order, ¶ 9,

1

the motion set forth the original date of the deadline for the response and reply; the number of previous extensions of time granted to the Parties; the good cause supporting the motion; that granting the motion would not affect any other deadlines; suggested new deadlines; and that the motion was a joint motion to extend deadlines.

2. On July 12, the Court entered a Minute Order extending the deadline for Plaintiffs to respond to Defendants' Motion to Dismiss until September 12, 2022 and extending Defendants' reply until September 26, 2022.  The Court instructed that should settlement negotiations continue, the parties were to file a Joint Status report with any recommendation on or before September 8, 2022.

3. The Parties have exchanged settlement proposals and met in person on September 6, 2022, to discuss those proposals.  While a final agreement has not been reached, the Parties have agreed to continue to discuss the potential resolution of this matter without further litigation.

4. Accordingly, the Parties request that the deadlines for responding to the Motion to Dismiss, and any reply be extended for an additional sixty (60) days.  Thus, Plaintiffs' response to the Motion to Dismiss would not be due until November 11, 2022, and Defendants' reply would not be due until November 25, 2022.  Should the Parties determine that settlement discussions continue to be productive and that they wish to continue settlement negotiations, the Parties will submit a joint status report with a proposed recommendation regarding the briefing schedule on or before November 7, 2022.

For the foregoing reasons, the Parties request that the Court extend the Parties' deadlines as requested above.

Dated: September 8, 2022

Respectfully submitted:

FOR PLAINTIFFS:

FOR THE STATE OF MARYLAND

BRIAN E. FROSH
Attorney General of Maryland

/s/ Mathew P. Clagett
MATTHEW P. CLAGETT
Assistant Attorney General
Office of the Attorney General Maryland
Department of the Environment
1800 Washington Boulevard
Suite 6048
Baltimore, MD 21230
(410) 537-3039 (phone)
(410) 537-3943 (fax)
matthew.clagett@maryland.gov

JOSHUA M. SEGAL
Special Assistant Attorney General Office of the Attorney General 200 St. Paul Place
(410) 576-6446
jsegal@oag.state.md.us

FOR THE DISTRICT OF COLUMBIA

KARL A. RACINE
Attorney General for the District of Columbia

KATHLEEN KONOPKA
Deputy Attorney General
Public Advocacy Division


/s/ David S. Hoffmann
DAVID S. HOFFMANN [DC Bar # 983129]
Senior Assistant Attorney General
WESLEY ROSENFELD
Assistant Attorney General
400 6th St. NW
Washington, D.C. 20001
(202) 727-0874 (phone)

FOR DEFENDANTS:

TODD KIM
Assistant Attorney General
Environment and Natural
Resources Div.
U.S. Department of Justice

/s/ Elliot Higgins
SARAH BUCKLEY
ELLIOT HIGGINS
U.S. Department of Justice
Environment and Natural Resources Div.
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 616-7554 (Buckley)
(202) 598-0240 (Higgins)
sarah.buckley@usdoj.gov
elliot.higgins@usdoj.gov

(202) 730-1511 (fax)
David.Hoffmann@dc.gov


FOR THE STATE OF DELAWARE

KATHLEEN JENNINGS
Attorney General of Delaware

Deputy Attorney General
RALPH K. DURSTEIN III


*/s/ Christian Wright*
CHRISTIAN WRIGHT
Director of Impact Litigation
820 N. French St.
Wilmington, DE 19801

FOR THE COMMONWEALTH OF VIRGINIA
JASON S. MIYARES
Attorney General of Virginia

CHARLES H. SLEMP, III
Chief Deputy Attorney General

LESLIE A.T. HALEY
Deputy Attorney General

MICHAEL A. JAGELS
Senior Assistant Attorney General, Chief

/s/ KATHERINE E. KULBOK (VSB No. 90853)
KATHERINE E. KULBOK
Assistant Attorney General
Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
(804) 225-3643
kkulbok@oag.state.va.us

FOR THE CHESAPEAKE BAY FOUNDATION, INC., MARYLAND WATERMEN'S ASSOCIATION,

MARYLAND, ROBERT WHITESCARVER,
JEANNE HOFFMAN

*/s/ Jon A. Mueller*
JON A. MUELLER - D.C. Bar No. 981443
PAUL SMAIL - D.C. Federal Bar No. MD0061
Chesapeake Bay Foundation, Inc.
6 Herndon Ave.
Annapolis, MD 21403
(443) 482-216
jmueller@cbf.org
psmail@cbf.org

FOR ANNE ARUNDEL COUNTY,
MARYLAND

*/s/ Hamilton F. Tyler*
Hamilton F. Tyler
D.C. Federal Bar No. 433122
Deputy County Attorney
Anne Arundel County Office of Law
2660 Riva Road, 4th Floor
Annapolis, Maryland 21401
(410) 222-7888
htyler@aacounty.org

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2022 a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Jon A. Mueller*
Jon A. Mueller
